284

## FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sandra S. Beckwith | U. S. District Court Southern District of Ohio Western Division | 7-26-91 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | X Nomination, Date 7-26-91 __ Initial __ Annual __ Final | 1-1 1990 to 7-26-91 |

7. Chambers or Office Address
511 Walnut Street
1900 Fifth Third Center
Cincinnati, Ohio   45202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| See Attached | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 | City of Cincinnati (S)-Asst. Police Chief | $ |
| 2 | County of Hamilton-County Commissioner | $ 46,969.20 |
| 3 | Graydon, Head & Ritchey-Associate Lawyer | $ 51,968.51 |
| 4 | (all net 1-1-90 to 7-26-91) | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sandra S. Beckwith | 7-26-91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parenthetical "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parenthetical "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for the liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Sandra S. Beckwith | Date of Report<br>7-26-91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br>Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | EXEMPT | | | |
| 1 Central Trust (J)<br>Cincinnati, Ohio | D | INT/DIV | G | T | EXEMPT | EXEMPT | | | |
| 2 LSW II Invest. Group, Inc. (J) | A | O/O FUND | K | T | EXEMPT | EXEMPT | | | |
| 3 Fifth Third Bank (J)<br>Savings - Cincinnati, OH | A | INT | J | T | EXEMPT | EXEMPT | | | |
| 4 Cincinnati Police Credit<br>Union (S) Cincinnati, OH | A | INT | K | T | EXEMPT | EXEMPT | | | |
| 5 Proctor & Gamble (J)<br>Common Stock | A | DIV | J | T | EXEMPT | EXEMPT | | | |
| 6 Fifth Third Bank (J)<br>Checking-Cincinnati, OH | A | INT | J | T | EXEMPT | EXEMPT | | | |
| 7 Public Employees<br>Retirement System | A | INT | K | T | EXEMPT | EXEMPT | | | |
| 8 Police & Fireman's Dis. &<br>Pension Fund of Ohio (S) | A | INT/DIV | L | T | EXEMPT | EXEMPT | | | |
| 9 Int'l. Cty. Mgrs. Assoc.<br>Retire. Corp. Def. Comp(S) | A | INT/DIV | K | T | EXEMPT | EXEMPT | | | |
| 10 Public Employees Deferred<br>Comp. Plan of Ohio (S) | A | INT/DIV | L | T | EXEMPT | EXEMPT | | | |
| 11 Public Employees Deferred<br>Comp. Plan of Ohio | A | INT/DIV | L | T | EXEMPT | EXEMPT | | | |
| 12 Central Trust Co. - IRA<br>(S) - Cincinnati, OH | A | INT | K | T | EXEMPT | EXEMPT | | | |
| 13 Central Trust Co. - IRA<br>Cincinnati, OH | A | INT | K | T | EXEMPT | EXEMPT | | | |
| 14 County Commissioners Assn.<br>of OH Deferred Comp. | A | INT/DIV | J | T | EXEMPT | EXEMPT | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sandra S. Beckwith | 7-26-91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Regarding VII. INVESTMENTS & TRUSTS

#1 Is an Investment Portfolio - Copies Attached (Exhibit A).

#3 Column B (1) - Partnership shares' value fluctuates according to stock values, this is essentially a mutual fund - See attached Exhibit B.

#8 Through #15  Are not in pay status at this time.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee o Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicator function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent childre had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation

- I certify that all information given above (including information pertaining to my spouse and minor or dependent childre if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported wa withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have bee reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conferenc regulations.

Signature _____                  Date  7-29-91

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPOR MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:
Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google